# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TONIA SCOTT, | : |
|    Plaintiff, | :   CIVIL ACTION NO. 3:16-0335 |
|    v. | :   (JUDGE MANNION) |
| ANTHONY J. ALEXANDER, et al., | : |
|    Defendants | : |

## ORDER

For the reasons set forth in the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

**(2)** the plaintiff's complaint, (Doc. 1), is **DISMISSED WITH PREJUDICE**; and

**(3)** the clerk of court is directed to close this case.

                                            s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Dated: March 4, 2016**